IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ZION MCADOO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:23-cv-00866-O-BP |
| | § | |
| MATTHEW ENSERO, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Motion to Dismiss (ECF No. 6) is **GRANTED**, but the Court grants Plaintiff leave to file a first amended complaint within twenty-one days from the date of this Order that addresses the deficiencies in her original complaint identified in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. If she fails to do so, her claims against Defendant Matthew Ensero will be dismissed.

**SO ORDERED** on this **4th day** of **December, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE